No. 77–1295.  BURKE *v.* NARRAGANSETT ELECTRIC Co.  Sup. Ct. R. I.  Certiorari denied.

No. 77–1296.  UNITED STATES NAVIGATION, INC., ET AL. *v.* ESPOSITO.  C. A. 2d Cir.  Certiorari denied.

No. 77–1302.  WOODS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–1334.  LIEBERT *v.* UNITED STATES; and
No. 77–1343.  HARKINS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–1349.  UNION *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–1350.  MORENO ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–5157.  HURST *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–5479.  LEE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 77–5902.  BURGESS *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 77–5931.  DURAN *v.* NEW MEXICO.  Ct. App. N. M. Certiorari denied.

No. 77–5956.  STILLMAN *v.* UNITED STATES;
No. 77–5967.  BRYANT *v.* UNITED STATES;
No. 77–5978.  PERRY *v.* UNITED STATES;
No. 77–6103.  CAMPBELL *v.* UNITED STATES; and
No. 77–6160.  SMITH *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.